UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP PALUMBO, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, *et al.*,<br><br>                              Defendants. | Case No.: 20-CV-433-W-WVG<br><br>**ORDER ON JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

On May 1, 2020, the Parties filed a Joint Motion to Continue Early Neutral Evaluation and Case Management Conference. (Doc. No. 9.) The Parties move the Court to continue the May 4, 2020 Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") due to Defendant's representative "unexpected unavailability" in light of the ongoing COVID-19 pandemic. (*Id*., 2:8-10.) Notably, the Joint Motion fails to disclose what particular circumstances prevent Defendant's representative from appearing for the May 4, 2020 ENE and CMC. Vague references to the COVID-19 pandemic, without more, will certainly not suffice to meet Rule 16(b) of the Federal Rules of Civil Procedure's good cause standard. In context, however, the Court is aware of the nature of the specific reasons necessitating the Parties' Joint Motion. It is

on such basis that the Court finds good cause underlies the Parties' request to continue the ENE and CMC by two weeks. Accordingly, the Court GRANTS the Joint Motion and hereby CONTINUES the ENE and CMC to **Tuesday, May 19, 2020 at 2:00 P.M.**

For purposes of the May 19, 2020 ENE and CMC, all participants are ORDERED to dial Chambers' conference phone number **no later than 2:00 P.M. on Tuesday, May 19, 2020** to make their telephonic appearances. Chambers' conference phone number is (888) 363- 4734; the access code is 9189689. The Parties and their counsel shall initiate their participation in the telephonic ENE by first dialing the conference phone number and then following all instructions as prompted. Should anyone experience technical difficulty in connecting with the Court through the conference phone number, they shall immediately contact this Court's Chambers via telephone at (619) 557-6384.

Finally, counsel is responsible for designating one attorney for each party to serve as the party's point-of-contact with the Court. **No later than Tuesday, May 12, 2020**, each attorney acting as the point-of-contact shall lodge his/ her direct telephone number and the names of all individuals who will participate in the ENE on their client's behalf, including the parties themselves, insurance adjusters, if any, and counsel.

**IT IS SO ORDERED.**

Dated: May 1, 2020

Hon. William V. Gallo
United States Magistrate Judge