Gregory T. Babbitt, Esq. [Bar No. 214299]
greg@rbblawgroup.com
Michael A. Klitzke, Esq. [Bar No. 299765]
michael@rbblawgroup.com
ROSNER, BARRY & BABBITT, LLP
10085 Carroll Canyon Road, Suite 100
San Diego, CA  92131
(858) 348-1005
(858) 348-1150 (FAX)

Attorneys for Plaintiff
PHILIP PALUMBO and
PROJECT M WORLDWIDE L.P.

KATE S. LEHRMAN [Bar No. 123050]
klehrman@lehrmanlawgroup.com
ANTHONY PAUL GRECO [Bar No. 296398]
tgreco@lehrmanlawgroup.com
DERRICK Y. CHU [Bar no. 310238]
dchu@lehrmanlawgroup.com
LEHRMAN LAW GROUP
12121 Wilshire Blvd., Suite 1300
Los Angeles, CA  90025
(310) 917-4500; (310) 917-5677 (FAX)

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP PALUMBO; and PROJECT M WORLDWIDE L.P., <br><br> Plaintiffs, <br><br> v. <br><br> MERCEDES-BENZ USA, LLC; and DOES 1 through 75, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00433 W (WVGx) <br> [Filed:  January 30, 2020] <br> [Removed:  March 06, 2020] <br><br> Hon. Thomas J. Whelan <br> Courtroom 3C <br><br> **JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE** |

JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE

## <u>STIPULATION</u>

TO THE HONORABLE THOMAS J. WHELAN:

IT IS HEREBY STIPULATED between Plaintiffs Philip Palumbo and Project M Worldwide L.P. (Plaintiffs) and Defendant Mercedes-Benz USA, LLC (MBUSA or Defendant), by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED:  November 17, 2020          ROSNER, BARRY & BABBITT LP

                                   By:   /s/ *Michael Klitzke*
                                         Gregory T. Babbitt, Esq.
                                         Michael A. Klitzke, Esq.
                                         Attorneys for Plaintiffs
                                         PHILIP PALUMBO and
                                         PROJECT M WORLDWIDE L.P.


DATED:  November 17, 2020          LEHRMAN LAW GROUP
                                   KATE S. LEHRMAN
                                   ANTHONY P. GRECO
                                   DERRICK Y. CHU

                                   By:   /s/ *Derrick Y. Chu*
                                         Derrick Y. Chu, Esq.
                                         Attorneys for Defendant
                                         MERCEDES-BENZ USA, LLC

**JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Derrick Chu, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation for Order Dismissing Action with Prejudice.

/s/ *Derrick Y. Chu*
Derrick Y. Chu

**JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I certify that on the date specified below, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

Gregory T. Babbitt, Esq.
Michael A. Klitzke, Esq.
ROSNER, BARRY & BABBITT, LLP
10085 Carroll Canyon Road
Suite 100
San Diego, CA  92131
(858) 348-1005
(858) 348-1150 (FAX)
greg@rbblawgroup.com
michael@rbblawgroup.com

Attorneys for Plaintiffs
PHILIP PALUMBO and
PROJECT M WORLDWIDE L.P.


Dated: November 17, 2020            By:   */s/Tra'Shon Pugh*

**JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**