UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP PALUMBO, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>　　　　　　　　　Defendant. | Case No.:  20-CV-0433 W (WVG)<br><br>**ORDER CLOSING DISTRICT COURT CASE FILE** |

The parties have filed a joint stipulation for dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation" [Doc. 14]).  The stipulation **DISMISSES** this matter **WITH PREJUDICE**.  Accordingly, the Clerk shall close the District Court case file.

**IT IS SO ORDERED**.

Dated:  November 18, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　United States District Judge

1